**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-0710-GPG

**DEAN D HACKBORN**, Inmate No.130945,

    Plaintiff,

v.

**PAULA J. FRANZ**, MD;
**CATHIE HOLST**;
**BERNADETTE SCOTT**, A.I.C. Coordinator,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    The Court advises Plaintiff that it does not accept letters such as Plaintiff filed on November 10, 2015 (ECF No. 11).  All requests to the Court must be made by motion in accordance with the Federal Rules of Civil Procedure.  Moreover, the Court may not act as an advocate for Plaintiff, nor supply him with any litigation materials other than its own forms.  The Clerk of Court is directed to send Plaintiff a copy of the 1983 complaint form and instructions.  Plaintiff's Motion entitled "Motion: to Amend title of Charges to ADD" is denied as moot.  Plaintiff shall have thirty (30) days from the date of this minute order to cure the deficiencies.  If he fails to cure all of the deficiencies within the time allowed, the action will be dismissed without further notice.

Dated:  November 12, 2015